IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

RESOLUTE INC., )
)
Plaintiff, ) TC-MD 110616N
)
v. )
)
MULTNOMAH COUNTY ASSESSOR, )
)
Defendant. ) **DECISION OF DISMISSAL**

This matter is before the court on Defendant's motion to dismiss (motion), filed December 16, 2011, requesting that this matter be dismissed due to Plaintiff's failure to allow a site inspection as required by the court's Order of November 30, 2011.

On November 30, 2011, the court issued an Order granting Defendant's Motion for Discovery and ordering Plaintiff to "allow a full inspection of the subject property by Defendant no later than December 15, 2011." The court Order stated that Plaintiff's failure to allow an inspection would result in dismissal of Plaintiff's appeal. Defendant's motion states that, "[a]s of the date of this letter [December 16, 2011,] Plaintiff has neither allowed an inspection nor contacted the Defendant to schedule an inspection." Plaintiff did not file a written response to the court's Order of November 30, 2011, or to Defendant's motion. As of the date of this Decision of Dismissal, the court has received no further communication from Plaintiff.

Under such circumstances, Plaintiff's appeal must be dismissed for lack of prosecution and failure to comply with the court's Order of November 30, 2011. The trial set in this matter for February 16, 2012, is hereby canceled. Now, therefore,

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed and trial set in this matter for February 16, 2012, is canceled.

Dated this ＿＿ day of December 2011.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on December 30, 2011. The Court filed and entered this document on December 30, 2011.*